FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 APR 26 AM 10: 45

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

PAMELA HATCHER STUART,       *
     *
    Plaintiff,       *
     *
        v.       *      CV 117-174
     *
WILLIAM G. HATCHER, JR.,       *
Individually and as Executor       *
of the Estate of William G.       *
Hatcher, Sr.,       *
     *
    Defendant.       *

---

**O R D E R**

---

This matter is before the Court on its own initiative. As explained in the Court's Order entered this same day in the matter of Hatcher v. Stuart, Case No. 1:17-cv-175 (S.D. Ga. remanded Apr. 26, 2018) (the "Removal Action"), Plaintiff's complaint in the instant action "rests upon the same factual bases, pursues the same legal causes of action, and seeks the same relief sought by way of [Plaintiff's] counterclaims in the [Removal Action]." (Removal Action, Doc. 37; compare Doc. 1; with Removal Action, Doc. 24-2.) Accordingly, for the reasons set forth in the aforementioned Order in the Removal Action, this Court lacks subject matter jurisdiction over the claims asserted by Plaintiff against Defendant in the instant action.

Therefore, **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant in the instant action are **DISMISSED** for lack of subject matter jurisdiction. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

    **ORDER ENTERED** at Augusta, Georgia this 26th day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA