# United States District Court
## Southern District of Georgia

PAMELA HATCHER STUART,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-174

WILLIAM G. HATCHER, JR., Individually and as Executor of the Estate of William G. Hatcher, Sr.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 26, 2018 (and for the reasons set forth in the aforementioned Order in the Removal action, case number CV 117-175) that Plaintiff's claims against Defendant in the instant action are dismissed for lack of subject matter jurisdiction. This case stands closed.

4/26/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk